
FILED  
AUG - 9 2010  
BANKRUPTCY COURT  
BUFFALO, NY

Printed: 05/25/10 12:00 PM                                                         Page: 1

## Claims Proposed Distribution
### Case: 07-04133   LOGEL, ROLAND

Receipt # 1090377
$4.82
08/09/2010

| Case Balance: | $4,818.20 | Total Proposed Payment: | $4,818.20 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | THOMAS J. GAFFNEY | Admin Ch. 7 | 22.84 | 22.84 | 0.00 | 22.84 | 22.84 | 4,795.36 |
|  | <2200-00   Trustee Expenses> | | | | | | | |
|  | THOMAS J. GAFFNEY | Admin Ch. 7 | 1,351.57 | 1,351.57 | 0.00 | 1,351.57 | 1,351.57 | 3,443.79 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
|  | THOMAS J. GAFFNEY, ESQ. | Admin Ch. 7 | 47.30 | 47.30 | 0.00 | 47.30 | 47.30 | 3,396.49 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | THOMAS J. GAFFNEY, ESQ. | Admin Ch. 7 | 2,158.75 | 2,158.75 | 0.00 | 2,158.75 | 2,158.75 | 1,237.74 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 3,580.46 | 3,580.46 | 0.00 | 3,580.46 | 3,580.46 | |
| 5U | CHASE BANK, USA, N.A. | Unsecured | 1,505.04 | 1,505.04 | 0.00 | 1,505.04 | 17.24 | 1,220.50 |
| 8 | Household Bank (SB), N.A. | Unsecured | 2,122.45 | 2,122.45 | 0.00 | 2,122.45 | 24.30 | 1,196.20 |
| 11 | CAPITAL ONE BANK | Unsecured | 6,199.60 | 6,199.60 | 0.00 | 6,199.60 | 70.98 | 1,125.22 |
| 12 | CAPITAL ONE BANK | Unsecured | 2,385.80 | 2,385.80 | 0.00 | 2,385.80 | 27.31 | 1,097.91 |
| 13 | LVNV Funding LLC its successors and assigns as | Unsecured | 2,232.35 | 2,232.35 | 0.00 | 2,232.35 | 25.56 | 1,072.35 |
| 14 | LVNV Funding LLC its successors and assigns as | Unsecured | 12,543.84 | 12,543.84 | 0.00 | 12,543.84 | 143.61 | 928.74 |
| 15 | LVNV Funding LLC its successors and assigns as | Unsecured | 528.78 | 528.78 | 0.00 | 528.78 | 6.05 | 922.69 |
| 16 | LVNV Funding LLC its successors and assigns as | Unsecured | 10,457.98 | 10,457.98 | 0.00 | 10,457.98 | 119.73 | 802.96 |
| 17 | LVNV Funding LLC its successors and assigns as | Unsecured | 13,091.23 | 13,091.23 | 0.00 | 13,091.23 | 149.88 | 653.08 |
| 18 | eCAST Settlement Corporation assignee of | Unsecured | 19,496.54 | 19,496.54 | 0.00 | 19,496.54 | 223.22 | 429.86 |
| 19 | eCAST Settlement Corporation assignee of | Unsecured | 5,477.98 | 5,477.98 | 0.00 | 5,477.98 | 62.72 | 367.14 |
| 21 | eCAST Settlement Corporation assignee of | Unsecured | 2,939.10 | 2,939.10 | 0.00 | 2,939.10 | 33.65 | 333.49 |
| 23 | eCAST Settlement Corporation assignee of | Unsecured | 219.25 | 219.25 | 0.00 | 219.25 | 2.51 | 330.98 |
| 24 | eCAST Settlement Corporation assignee of | Unsecured | 3,114.27 | 3,114.27 | 0.00 | 3,114.27 | 35.66 | 295.32 |
| 25 | LVNV Funding LLC its successors and assigns as | Unsecured | 94.38 | 94.38 | 0.00 | 94.38 | 1.08 | 294.24 |
| 26 | LVNV Funding LLC its successors and assigns as | Unsecured | 741.20 | 741.20 | 0.00 | 741.20 | 8.49 | 285.75 |
| 27 | LVNV Funding LLC its successors and assigns as | Unsecured | 107.03 | 107.03 | 0.00 | 107.03 | 1.23 | 284.52 |

# Claims Proposed Distribution
## Case: 07-04133  LOGEL, ROLAND

| Case Balance: | $4,818.20 | Total Proposed Payment: | $4,818.20 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 29 | FIA Card Services/Bank of America | Unsecured | 19,332.06 | 19,332.06 | 0.00 | 19,332.06 | 221.33 | 63.19 |
| 30U | Dell Financial Services, LP | Unsecured | 2,530.47 | 2,530.47 | 0.00 | 2,530.47 | 28.97 | 34.22 |
| 33 | M&T Bank | Unsecured | 2,989.12 | 2,989.12 | 0.00 | 2,989.12 | 34.22 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 108,108.47 | 108,108.47 | 0.00 | 108,108.47 | 1,237.74 | |
| | Total for Case 07-04133 : | | $111,688.93 | $111,688.93 | $0.00 | $111,688.93 | $4,818.20 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,580.46 | $3,580.46 | $0.00 | $3,580.46 | 100.000000% |
| Total Unsecured Claims : | $108,108.47 | $108,108.47 | $0.00 | $1,237.74 | 1.144906% |